UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  , Gruff, Charles and Billie             :   Case No.  14-54119
                                                :   Chapter 13 (Judge Preston)
                                                :   SSN:  xxx-xx-2284
Debtor(s)                                       :   SSN:  xxx-xx-9960

## AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
AMOUNT SOURCE
**$205.00 2012 Income Joint**
**$284.00 2013 Income Joint**
**$2000.00 2014 Income Joint to date of filing**

**2. Income other than from employment or operation of business**
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
AMOUNT SOURCE
**$0.00**
**Food Stamps first payment June 8, 2014, case filed June 6**
2nd job began July 2014, case filed June 6
Contribution from Daughter began August 2014, case filed June 6

**18 . Nature, location and name of business**
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.
*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.
*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.
NAME
LAST FOUR DIGITS OF
SOCIAL-SECURITY OR
OTHER INDIVIDUAL
TAXPAYER-I.D. NO.
(ITIN)/ COMPLETE EIN ADDRESS NATURE OF BUSINESS
BEGINNING AND
ENDING DATES
**Charles Gruff, Mechanic dba Fast Lane Auto Care 1993-2013**

**19. Books, records and financial statements**
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.
NAME AND ADDRESS DATES SERVICES RENDERED
Don Burke             1993-2008 prepared taxes
Address unknown

_/s/Charles Gruff_____
Charles Gruff

_/s/Billie Gruff_____
Billie Gruff

Respectfully submitted,

__/s/Curtis Cockerill_____
Curtis Cockerill (0062517)
Box 2738
Columbus, OH  43216
(614) 222-3007

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing was served this __2nd____ day of ___Sept._____ 2014 upon the parties whose names and addresses are listed below, electronically or by U.S. mail, postage prepaid.

| | |
|---|---|
| Electronic<br>Office of the US Trustee<br><br>Office of the Chapter 13 Trustee | Charles and Billie Gruff<br>2712 Landsburn Dr.<br>Columbus OH 43231 |

__/s/Curtis Cockerill_____
Curtis Cockerill (0062517)